UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL       *JS-6*

| Case No. | CV 16-3906-TJH/CR 04-0235-TJH | Date | AUGUST 24, 2017 |

Title: SERGIO AGUILAR-RAMIREZ v. UNITED STATES OF AMERICA

Present: The Honorable TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present                       None Present

**Proceedings:  IN CHAMBERS -ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Order filed on July 25, 2017 [13] granting the motion to vacate and the re-sentencing of this defendant on August 21, 2017, and defendant has now been re-sentenced, the Court hereby orders this case is now dismissed.

IT IS SO ORDERED.

cc: all parties

JS-6